Tyler Smith OSB #075287 (Lead)
Tyler Smith & Associates PC
181 N Grant St. STE 212
Canby OR, 97013
Tel:503-266-5590
Fax:503-212-6392
Tyler@RuralBusinessAttorneys.com

James G. Abernathy, OSB #161867
Freedom Foundation
P.O. Box 552
Olympia, WA 98507
Tel: 360.956.3482
Fax: 360.352.1874
JAbernathy@myfreedomfoundation.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **BONITA ENTWISTLE, MARY JONGSMA, LYNDA BOYER, CAROLE GARCIA, FRAN NUNGESSER, RANDI DOOLAEGE, BONNIE CLARK, STANLEY KEELER, DUSTIE VENEGAS, BARBARA PADGETT, SUZANNE STUART, CRYSTAL EVANS, HEIDI MORIN, LOIS COURTNEY,**<br><br>                Plaintiffs,<br>   v.<br><br>**KATE BROWN**, in Her Official Capacity as Governor of the State of Oregon; **CHERYL MILLER**, in Her Official Capacity as Executive Director of the Oregon Home Care Commission; **KATY COBA**, in Her Official Capacity as Director of the Oregon Department of Administrative Services; **FARIBORZ PAKSERESHT**, in His Official Capacity as Director of the Oregon Department of Human Services; **SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 503, OPEU**, an unincorporated labor organization; **SEIU LOCAL 503, OPEU BUILDING CORPORATION**, an Oregon non-profit corporation; **BRIAN RUDIGER**, | No.:  6:18-cv-00053-AA<br><br>**STIPULATION OF DISMISSAL** |

1

in His Individual Capacity as an officer and agent of SEIU, Local 503, OPEU and in His Official Capacity as an officer of SEIU Local 503, OPEU Building Corporation ; **HEATHER CONROY** in Her Official Capacity as an officer of the then-incorporated SEIU Local 503; **STEVE DEMAREST**, in His Individual Capacity as an agent of SEIU, Local 503, OPEU and in His Official Capacity as an officer of SEIU Local 503, OPEU Building Corporation; **MIKE SCOTT**, in His Individual Capacity as an agent of SEIU, Local 503, OPEU and in His Official Capacity as an officer of SEIU Local 503, OPEU Building Corporation; **MARY STEWART**, in Her Individual Capacity as an agent of SEIU, Local 503, OPEU and in Her Official Capacity as an officer of SEIU Local 503, OPEU Building Corporation; **ROB SISK**, in His Individual Capacity as an agent of SEIU, Local 503, OPEU and in His Official Capacity as an officer of SEIU Local 503, OPEU Building Corporation,

          Defendants.

Pursuant to rule 41(a)(1)(A)(ii), Plaintiffs with the stipulation of all parties who have appeared, by and through their undersigned counsel, hereby stipulate that this action is dismissed with prejudice and without fees and costs the above captioned parties.

    s/Tyler Smith_____
Tyler D.  Smith, OSB #075287
Tyler Smith & Associates, P.C.
181 N. Grant Street, Suite 212
Canby, OR 97013
Telephone:  503-266-5590
Facsimile:   503-212-6392
Email: Tyler@RuralBusinessAttorneys.com

s/Scott Kaplan_____
Scott Kaplan
Assistant Attorney General

2

        100 Market Street
        Portland, Oregon 97201
        Scott.kaplan@doj.state.or.us
        971-673-1880
        Of Attorneys for Defendants State of Oregon


        s/Peder Thoreen_____
        Peder Thoreen
        Scott Kronland
        177 Post Street, STE 300
        San Francisco, CA 94108
        skronland@altshulerberzon.com
        415-421-7151
        Of Attorneys for SEIU Local 503